IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARLOS JUNIOR HERNANDEZ #133527, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACT. NO. 1:18-cv-522-TFM-MU |
| | ) | |
| THOMAS R. BOLLER, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

On March 28, 2019, the Magistrate Judge entered a report and recommendation to which no objections have been filed. *See* Doc. 5. After due and proper consideration of the issues raised, the recommendation is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 3rd day of May 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE