IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CARLOS JUNIOR HERNANDEZ #133527, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | CIVIL ACT. NO. 1:18-cv-522-TFM-MU |
| THOMAS R. BOLLER, | ) ) ) | |
| Defendant. | ) | |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 3rd day of May 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE